IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JERMAINE O. ROBERTS          :
         :         CIVIL ACTION
        Plaintiff         :
         :
        v.         :         NO. 15-6629
         :
D.A. SETH WILLIAMS, et al.         :
         :
        Defendant         :

## **ORDER**

AND NOW, this 2nd day of November, 2018, following upon consideration of Plaintiff's Motion for Leave to Amend the Complaint (Doc. 49) (Pl. Mot.) and Defendant's Response in Opposition (Doc. 50) (Def. Resp.), and for reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Leave to Amend the Complaint is **GRANTED IN PART** and **DENIED IN PART** such that:

1. Plaintiff is **DENIED** leave to plead a claim under 42 U.S.C. § 1983 ("§ 1983") against the City of Philadelphia.

2. Plaintiff is **GRANTED** leave to plead state law claims of false imprisonment and malicious prosecution against Defendant Detective Fitzgerald ("Fitzgerald").

3. Plaintiff is **GRANTED** leave to "amplify" by amendment the § 1983 claim against Fitzgerald.

BY THE COURT:


Date:  November 2, 2018                    /s/ David R. Strawbridge, USMJ
                                           DAVID R. STRAWBRIDGE
                                           UNITED STATES MAGISTRATE JUDGE