IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JERMAINE O. ROBERTS | : | |
| | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 15-6629 |
| | : | |
| D.A. SETH WILLIAMS, et al. | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 31st day of December, 2018, following upon consideration of Defendants' Motion for Summary Judgment (Doc. 62) (Def. Mot.) and Plaintiff's Response in Opposition (Doc. 63) (Pl. Resp.), and for the reasons stated in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Defendants Detectives Funk and Fitzgerald and against Plaintiff.

The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

 /s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE